Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0023

Voncille Askew and Don Askew v. Triad of Alabama, LLC, d/b/a Flowers Hospital (Appeal from Houston Circuit Court: CV-22-900177).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Wise, Bryan, and Lewis, JJ., concur.

Cook, J., recuses himself.